**IN UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

**In re:**  OPAL M. HOCKMAN                )          **Case No.** 16-42412-13
                                                                  )
                                                      Debtor  )

## MOTION TO COMPEL TURNOVER AND REQUEST FOR SANCTIONS

**COMES NOW** Debtor, Opal M. Hockman, by and through Counsel, and moves the Court to for an Order Compelling the Turnover of Estate Property, and Requests for Sanctions against Debtor's Employer, Hawkins Financial Service, LLC, for the conversion of estate property. As good cause for this Motion, Debtor shows the Court the following:

1. Debtor is employed as an office manager of Hawkins Financial Service, LLC, which is a Limited Liability Company registered to do business by the Secretary of State of the State of Missouri (MO Charter # LC1242337) and who may be served process at the following:

    > Hawkins Financial Service, LLC
    > Registered Agent: William Hawkins
    > 1601 E 18th St., Suite 361
    > Kansas City MO 64108-1666

2. On August 31, 2016, Debtor filed her Chapter 13 Petition for relief.

3. On September 1, 2016, the Chapter 13 Trustee entered his Order (Doc. #11) directing Debtor's Employer, Hawkins Financial Service, LLC (hereinafter "Hawkins") to remit Debtor's Plan payment to the Trustee.

4. On February 16, 2017, Debtor's Plan was confirmed by Order of this Court.

5. On February 2, 2018, the Trustee filed his Motion to Dismiss Debtor's case for failing to remit her Plan payments.

6. The Trustee's Motion is subject herein as Debtor's payment default is due to Hawkins withholding Debtor's employer pay, but repeatedly failing to disburse it to the Trustee.

7. As of March 2018, Debtor will be in the 19th month of her Confirmed Plan.  Of the 19 Plan payments due, Hawkins has only remitted six (6) payments to the Trustee, with the most recent seventh payment being reversed for insufficient funds on or about October 10, 2017.

8. As of the date of this Motion, Debtor's Plan is due approximately $2,327.88. To date, only $1,408.78 has been paid in, with $428.62 of that amount paid direct by Debtor, leaving an estimated default of $919.10.

9. Debtor's default is solely due to Hawkins repeated, wanton, and malicious unlawful conversion of the Debtor and Bankruptcy Estate's property.

10. Debtor moves the Court for an order directing Hawkins to turnover $1,347.72 ($919.10 default, plus $428.62 in direct-Debtor payments).  Debtor will remit all future plan payments directly to the Trustee.

11. Debtor moves the Court for an order sanctioning Hawkins for its repeated, wanton, and malicious unlawful conversion of the Bankruptcy Estate's property.

12. Debtor's Counsel moves the Court for an order directing Hawkins to pay Debtor's Counsel $1,000.00 for the investigation and drafting of this Motion, and for defending and suspending Plan payments in response to the Trustee's Motion to Dismiss.

13. Debtor has been unduly damaged and found in default of her Plan payment due to Hawkins action/inactions.

14. Debtor believes that Hawkins' conversion and violations of the automatic stay were willful, egregious, intentional and even outrageous.

15. Hawkins is a sophisticated entity with thousands of dollars in gross revenues each year.

**WHEREFORE**, Debtor requests the Court for an order compelling Hawkins Financial Service, LLC, to turnover all previous wage withholdings to the Chapter 13 Trustee; and for an order compelling Hawkins Financial Service, LLC to pay Debtor's Counsel $1,000.00; and for an order sanctioning Hawkins Financial Service, LLC, as the Court deems fit for the unlawful conversion of the Bankruptcy Estate's property; and for such further relief the Court deems just and necessary.

Dated: 03/26/2018

Respectfully submitted,
WM Law

/s/ Jeffrey L. Wagoner

Jeffrey L. Wagoner, MO #44365
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
bankruptcy@wagonergroup.com
ATTORNEY FOR DEBTORS

2

## NOTICE OF MOTION

Any response to the motion must be filed with 21 days of the date of this notice, pursuant to Local rule 9013-1C, with the Clerk of the United States Bankruptcy Court. Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov.  Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106. Pursuant to 9013-1D, responses shall address the merits of the motion and, if applicable, set out actions to remedy the particular problem. The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing. Respondent shall serve all parties who are not served electronically.

If a response is timely filed, a hearing will be held on a date and time determined by the Court. Notice of such hearing will be provided to all parties in interest. If no response is filed within 21 days, the Court will enter an order.

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2018, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

Standing Chapter 13 Trustee, Richard V. Fink via ECF notice.

Hawkins Financial Service, LLC
Registered Agent: William Hawkins
1601 E 18th St., Suite 361
Kansas City MO 64108-1666

/s/ Jeffrey L. Wagoner

3